IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BETH HOLLINS,<br>on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCH CHURCH HITTLE + ANTRIM,<br>a partnership; and ELIZABETH<br>LUCAS BARNES;<br><br>Defendants. | Case No. 20-cv-00304-JD-APR |

**JOINT MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

Plaintiff Beth Hollins ("Plaintiff") and Defendants Church Church Hittle + Antrim and Elizabeth Lucas Barnes (collectively, "Defendants")  respectfully request that this Court grant final approval of their  class action settlement pursuant to Fed. R. Civ. P. 23(e) and enter a Final Approval Order in the form of Appendix 1, Proposed Final Approval Order.  In support thereof, Plaintiff and Defendants (collectively, the "Parties") state:

1. This Court preliminarily approved the settlement on July 7, 2023.  (*Dkt. No. 41*)

2. Notice was successfully mailed to 1,527 of the 1,690 Class Members by First Class U.S. Mail.  Sixty-six (66) timely and valid claim forms were submitted by the claims deadline of October 9, 2023.  Four (4) late but otherwise valid claims were also submitted.  The parties respectfully request that the Court allow the late claims.

3. As more fully set forth in the Joint Memorandum of Points and Authorities in support of this motion, each Class Member who submits a valid claim will receive a *pro rata* share of the Class Recovery, a non-reversionary common fund established by Defendants.

1

4. No Class Member submitted a request to opt out. No Class Member objected to the settlement.

5. Plaintiff also seeks approval of an incentive award in the amount of $1,000.00 for her recovery and for her role as class representative. This amount is separate from the Class Recovery, and will in no way diminish the Class Recovery.

6. In accordance with this Court's July 7, 2023 Order (*Dkt. No. 41* at p. 21, ¶13), and by separate petition filed concurrently with this motion, Plaintiff's Counsel also requests attorney's fees and costs in the amount of $14,000.00.

7. The Parties respectfully request that this Court enter final approval of this class action settlement as fair, adequate and reasonable pursuant to Fed. R. Civ. P. 23(e).

WHEREFORE, for the reasons more fully set forth in the accompanying Joint Memorandum of Points and Authorities and Final Petition for Attorney Fees and Costs, the Parties respectfully request that this Court grant final approval to the Parties' class action settlement as fair, adequate and reasonable and enter a Final Approval Order in the form of Appendix 1 to the Joint Memorandum.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Jennifer J. Kalas (w/ consent) |
| Daniel A. Edelman | David M. Schultz |
| Heather Kolbus | HINSHAW & CULBERTSON LLP |
| Cassandra P. Miller | 151 N. Franklin St., Suite 2500 |
| EDELMAN, COMBS, LATTURNER | Chicago, IL  60606 |
| & GOODWIN, LLC | (312) 704-3000 |
| 20 S. Clark Street, Suite 1500 | |
| Chicago, IL  60603 | Jennifer J. Kalas |
| (312) 739-4200 | HINSHAW & CULBERTSON LLP |
| | 322 Indianapolis Blvd., Suite 201 |
| | Schererville, IN  46375 |
| | (219) 864-5051 |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on November 6, 2023, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent via email to the following:

    David M. Schultz – dschultz@hinshawlaw.com
    Hinshaw & Culbertson LLP
    151 N. Franklin Street, Suite 2500
    Chicago, IL  60606

    Jennifer J. Kalas – jkalas@hinshawlaw.com
    Hinshaw & Culbertson LLP
    322 Indianapolis Blvd., Suite 201
    Schererville, IN  46375

                                           /s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL   60603
(312) 739-4200